UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OTIS ELEVATOR COMPANY )<br>        Plaintiff; )<br>)<br>v. )<br>)<br>LOCAL 4, INTERNATIONAL UNION )<br>OF ELEVATOR CONSTRUCTORS; )<br>MICHAEL LANGER, INDIVIDUALLY, )<br>and as BUSINESS MANAGER; )<br>KEVIN McGETTIGAN, INDIVIDUALLY, )<br>and as BUSINESS REPRESENTATIVE; )<br>STEVE MORSE, INDIVIDUALLY, )<br>and as BUSINESS REPRESENTATIVE; )<br>and all others conspiring, acting in concert )<br>or otherwise participating with them or )<br>acting in their aid or behalf, )<br>)<br>        Defendants. ) | Docket No.<br><br><br><br><br><br>May 14, 2004 |

## DECLARATION OF FRANK GRIFFIN

Frank Griffin, being duly sworn, deposes and says as follows:

1. I am employed by Otis Elevator Company ("Otis") as a Service Superintendent. I supervise fourteen (14) full-time Mechanics, Helpers and/or Apprentices who provide service and repair work for locations in Boston's financial district.

2. I currently supervise a job of replacing bearings on hoist motors in two elevator units at 60 State Street in Boston. The work is in progress, and one of the elevator units is out of service. Apprentice James Fabian was working on that job.

3. At approximately 4:30 to 5:00 p.m. on May 13, 2004, I received a telephone call from Apprentice Fabian. He said he had been told by a representative of Local 4 that he (Apprentice Fabian) had been laid off. I assured him that he (Apprentice Fabian) had not been

laid off and could go to work as usual the next day. Apprentice Fabian said that the Local 4 Representative had threatened that if Apprentice Fabian reported for work there would be a fine or penalty.

4.   At approximately 8:00 a.m. on May 13, 2004, I called Apprentice Fabian on his cell phone. He was at his house. He was supposed to be at work. I told him that work was available for him. He said that around 6:00 p.m. the day before, he had received a second call from Local 4 Business Representative Steve Morse. Local 4 Business Representative Steve Morse had told him that all Probationary, First and Second Year Apprentices could not go to work for Otis. Apprentice Fabian said Local 4 Business Representative Morse told him that they would be dealt with severely by the Union if they went to work. Apprentice Fabian indicated he was not going to work under these circumstances.

SWORN to under the pains and penalties of perjury.

Dated: May /4/, 2004

Frank Griffin

BRT.52627.1