UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OTIS ELEVATOR COMPANY<br>  Plaintiff, | )<br>)<br>) | Docket No. |
| v. | )<br>) | |
| LOCAL 4, INTERNATIONAL UNION<br>OF ELEVATOR CONSTRUCTORS;<br>MICHAEL LANGER, INDIVIDUALLY,<br>and as BUSINESS MANAGER;<br>KEVIN McGETTIGAN, INDIVIDUALLY,<br>and as BUSINESS REPRESENTATIVE;<br>STEVE MORSE, INDIVIDUALLY, and<br>as BUSINESS REPRESENTATIVE;<br>and all others conspiring, acting in concert<br>or otherwise participating with them or<br>acting in their aid or behalf,<br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | May 14, 2004 |

## ATTORNEY'S CERTIFICATE

Timothy E. Copeland Jr. hereby certifies as follows:

1.  I am an attorney with the firm Downs Rachlin Martin PLLC, attorneys for Plaintiff Otis Elevator Company. I make this certification pursuant to Fed. R. Civ. P. 65(b)(2) and in support of Plaintiff's Motion for Temporary Restraining Order.

2.  At approximately 8:20 a.m. on Friday, May 14, 2004, I telephoned Paul Kelly of the law firm of Segal, Roitman & Coleman, whom I knew to be counsel to Defendant Local 4, International Union of Elevator Constructors ("Local 4"). Mr. Kelly did not answer. I left a voice mail message in which I told Mr. Kelly that Local 4 was engaged in an illegal work stoppage at several construction sites in the Boston area. I

informed him that I was proceeding to seek an injunction that morning in Federal Court in Boston. I also left my telephone number and asked him to call me.

3. I spoke with Mr. Kelly at approximately 11:00 a.m. on May 14, 2004. Mr. Kelly told me he was familiar with the dispute between Otis and Local 4. He told me he had received my voice mail message I left earlier in the day on May 14, 2004. I repeated that I was making preparations to proceed into Federal Court in Boston to seek injunctive relief against Local 4's work stoppage. Mr. Kelly said he understood.

4. I am not aware that any of the individual Defendants is represented by counsel other than Mr. Kelly.

5. I respectfully submit that no further notice should be required as Otis Elevator Company is sustaining irreparable injury through interference with its daily operations caused by Defendants' work stoppage, which is in effect at this time.

6. No prior application for the relief herein sought by Plaintiff or for similar relief has been made to any court or judge of the United States or of any state.

Dated at Brattleboro, Vermont
May 14, 2004

Respectfully submitted,
DOWNS RACHLIN MARTIN PLLC

By _____
Timothy E. Copeland Jr.
80 Linden Street
PO Box 9
Brattleboro, VT 05302
802-258-3070

ATTORNEYS FOR PLAINTIFF
OTIS ELEVATOR COMPANY

BRT.52622.1

2