UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OTIS ELEVATOR COMPANY<br>    Plaintiff, | ) ) ) | Docket No. |
| v. | ) ) | |
| LOCAL 4, INTERNATIONAL UNION<br>OF ELEVATOR CONSTRUCTORS;<br>MICHAEL LANGER, INDIVIDUALLY,<br>and as BUSINESS MANAGER;<br>KEVIN McGETTIGAN, INDIVIDUALLY,<br>and as BUSINESS REPRESENTATIVE;<br>STEVE MORSE, INDIVIDUALLY, and<br>as BUSINESS REPRESENTATIVE;<br>and all others conspiring, acting in concert<br>or otherwise participating with them or<br>acting in their aid or behalf,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | May 14, 2004 |

### OTIS ELEVATOR COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

NOW COMES Plaintiff, Otis Elevator Company ("Otis") pursuant to Fed.R.Civ.P. 7.1 concerning Corporate Disclosure Statements, and states that it is a wholly owned subsidiary of United Technologies Corporation which is a publicly held corporation.

Dated at Boston, Massachusetts
May 14, 2004

MORGAN, BROWN & JOY, LLP

By: _____
Nathan L. Kaitz
One Boston Place, 16th Floor
Boston, MA 02108
(617) 523-6666
Email: nkaitz@morganbrown.com

Dated at Brattleboro, Vermont  
May 14, 2004

DOWNS RACHLIN MARTIN PLLC

By _____  
Timothy E. Copeland, Jr.  
80 Linden Street  
PO Box 9  
Brattleboro, VT  05301  
(802) 258-3070  
Email: tcopeland@drm.com

ATTORNEYS FOR PLAINTIFF,  
OTIS ELEVATOR COMPANY

BRT.52624.1