UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10966-JLT

OTIS ELEVATOR COMPANY

v.

LOCAL 4, INTERNATIONAL UNION
OF ELEVATOR CONSTRUCTORS; MICHAEL LANGER,
INDIVIDUALLY, and as BUSINESS MANAGER;
KEVIN MCGETTIGAN, INDIVIDUALLY,
and as BUSINESS REPRESENTATIVE;
STEVE MORSE, INDIVIDUALLY, and as
BUSINESS REPRESENTATIVE; and all
others conspiring, acting in concert or
otherwise participating with them or acting in
their aid or behalf

ORDER TO ARBITRATE AND
RESTRAINING ORDER

May 19, 2004

STEARNS, D.J.

After a hearing on Plaintiff Otis Elevator Company's (Otis) Verified Complaint and Motion for Temporary Restraining Order, the Court ORDERS as follows:

1. Otis and Defendant Local 4, International Union of Elevator Constructors (Union) will arbitrate their dispute over whether the elevator car and hoistway doors at the Bentley College jobsite that gave rise to this dispute fall within Appendix A, Paragraph 5, of the collective bargaining agreement between Otis and the International Union of Elevator Constructors.

2. Otis shall post a bond in the amount of $10,000, conditioned as required by law, no later than May 21, 2004.

3. Otis shall pay into a court-held escrow account $1,000, said sum to be applied

to any award made by the arbitrator on behalf of the Union, or shall be returned to Otis should the arbitrator rule in Otis's favor.

4.  Pending resolution of all issues deemed by the arbitrator to be related to the dispute over the installation of the elevator car doors, including any issues that involve claims for back pay, and in the exercise of such jurisdiction as is deemed by the arbitrator to be conferred by the collective bargaining agreement, Local 4 of the Union, its officers, agents, representatives, and members are, consistent with the provisions of Article XIV of the collective bargaining agreement, enjoyed and restrained from calling, causing, inducing, encouraging, authorizing, conducting, continuing in or engaging in any strike, concerted work stoppage, concerted work slow down, sit-down or refusal to work, or any other act of coercion or interference with Otis's normal operations. The officers and agents of Local 4 of the Union are charged with notice of this Order.

SO ORDERED.

_Richard G. Stearns_
UNITED STATES DISTRICT JUDGE

Date: 5-19-04.
Time: 9:48 AM