07/27/2005  08:35    860-676-5430           OTIS NSAA HR                      PAGE  01/01

Otis Elevator Company
One Farm Springs
Farmington, Connecticut 06032-2500
(860) 676-6000



**Otis**
A United Technologies Company

July 26, 2005

Dana A. Brigham
General President
7154 Columbia Gateway Drive
Columbia, MD. 21046

**Sent via fax and U.S. Mail**

**Re: Settlement Offer**

Dear Mr. Brigham:

A little over two weeks ago, Mr. Chapman brought to my attention the fact that the hoistway and car door panels continued to be installed with factory-installed nutserts. I investigated the matter further and discovered that door panels had been redesigned and released for shipment June 30, 2005; but up until that time, door panels had in fact been shipped – as Mr. Chapman claimed – with factory-installed nutserts.

Consequently, I communicated to Mr. Chapman our error and immediately sought to reach a resolution. To that end, I proposed Otis contribute $50 for each construction mechanic and helper/apprentice on the payroll as of June 30, 2005, to the Annuity Fund as settlement for lost work.

It has now been over two weeks and I have not received a response to my offer of settlement; nor have my repeated phone calls to you - to discuss this and other issues - been returned.

In the meantime however, local Union representatives have demanded our workers drill holes in the doors and remove the nutserts. They have also threatened to shut our jobs down despite the fact that a grievance has been filed over this issue. As you know, Otis has always been willing to deal with this issue through the grievance and arbitration procedure as required by the contract; but frankly, I would rather resolve the issue without resorting to arbitration.

I have contacted our engineering department and they have confirmed that the new doors are in shipment – and have been since June 30, 2005 – and they will not have factory-installed nutserts. Instead, construction workers will install clipnuts in the doors in the field consistent with the Union's position.

I can fully understand your and their frustration with this process; but I would like to resolve in a peaceable manner the issue concerning the period doors were shipped with factory-installed nutserts; and, to that end, would appreciate hearing from you.

Sincerely yours,

Henry P. Bechard
Director of Labor Relations Otis NSAA

Cc: Jim Chapman