UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OTIS ELEVATOR COMPANY )<br>    Plaintiff; )<br>)<br>v. )<br>)<br>LOCAL 4, INTERNATIONAL UNION )<br>OF ELEVATOR CONSTRUCTORS; )<br>MICHAEL LANGER, INDIVIDUALLY, )<br>and as BUSINESS MANAGER; )<br>KEVIN McGETTIGAN, INDIVIDUALLY, )<br>and as BUSINESS REPRESENTATIVE; )<br>STEVE MORSE, INDIVIDUALLY, and )<br>as BUSINESS REPRESENTATIVE; )<br>and all others conspiring, acting in concert )<br>or otherwise participating with them or )<br>acting in their aid or behalf, )<br>)<br>    Defendants. ) | Docket No.  04-10966 NMG<br><br><br><br><br><br><br><br>January 17, 2007 | |

## STIPULATION OF DISMISSAL AND
## RETURN OF FUNDS HELD IN ESCROW

The parties stipulate that the above-referenced matter may be dismissed with prejudice and without costs, and that the funds Plaintiff paid into a Court-held escrow account pursuant to the Court's Order dated May 19, 2004 may be returned to Plaintiff.

| | |
|---|---|
| DOWNS RACHLIN MARTIN PLLC | SEGAL, ROITMAN & COLEMAN |
| | |
|    /s/ Timothy E. Copeland_____ |   /s/ Paul F. Kelly_____ |
| Timothy E. Copeland Jr. | Paul F. Kelly |
| 28 Vernon Street, Suite 501 | 11 Beacon Street, Suite 500 |
| Brattleboro, VT  05301 | Boston, MA  02108 |
| Tel:  (802) 258-3070 | Tel:  (617) 742-0208 |
| Fax:  (802) 258-2286 | Fax:  (617) 742-2187 |
| Email:  tcopeland@drm.com | E-mail:  PKelly@segalroitman.com |
| | |
| ATTORNEYS FOR PLAINTIFF<br>OTIS ELEVATOR COMPANY | ATTORNEYS FOR DEFENDANT<br>INTERNATIONAL UNION OF<br>ELEVATOR CONSTRUCTORS,<br>LOCAL 4 |