Case 1:04-cv-10966-NMG   Document 19   Filed 01/17/2007   Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OTIS ELEVATOR COMPANY<br>Plaintiff, | )<br>)<br>) | Docket No. 04-10966 NMG |
| v. | )<br>) | |
| LOCAL 4, INTERNATIONAL UNION<br>OF ELEVATOR CONSTRUCTORS;<br>MICHAEL LANGER, INDIVIDUALLY,<br>and as BUSINESS MANAGER;<br>KEVIN McGETTIGAN, INDIVIDUALLY,<br>and as BUSINESS REPRESENTATIVE;<br>STEVE MORSE, INDIVIDUALLY, and<br>as BUSINESS REPRESENTATIVE;<br>and all others conspiring, acting in concert<br>or otherwise participating with them or<br>acting in their aid or behalf,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | January 17, 2007 |

**STIPULATION OF DISMISSAL AND**
**RETURN OF FUNDS HELD IN ESCROW**

The parties stipulate that the above-referenced matter may be dismissed with prejudice and without costs, and that the funds Plaintiff paid into a Court-held escrow account pursuant to the Court's Order dated May 19, 2004 may be returned to Plaintiff.

| | |
|---|---|
| DOWNS RACHLIN MARTIN PLLC | SEGAL, ROITMAN & COLEMAN |
| /s/ Timothy E. Copeland<br>Timothy E. Copeland Jr.<br>28 Vernon Street, Suite 501<br>Brattleboro, VT 05301<br>Tel: (802) 258-3070<br>Fax: (802) 258-2286<br>Email: tcopeland@drm.com | /s/ Paul F. Kelly<br>Paul F. Kelly<br>11 Beacon Street, Suite 500<br>Boston, MA 02108<br>Tel: (617) 742-0208<br>Fax: (617) 742-2187<br>E-mail: PKelly@segalroitman.com |
| ATTORNEYS FOR PLAINTIFF<br>OTIS ELEVATOR COMPANY | ATTORNEYS FOR DEFENDANT<br>INTERNATIONAL UNION OF<br>ELEVATOR CONSTRUCTORS,<br>LOCAL 4 |

*approved. NMGorton, USDJ 2/9/07*